# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150527

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

MAURICE MARCEL SIMPKINS,
       Defendant-Appellant.

SC: 150527
COA: 323485
Wayne CC: 04-003956-FC

_____/

On order of the Court, the application for leave to appeal the October 2, 2014 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall pay particular attention to the defendant's contention: (1) that he is entitled to resentencing before a different judge because the trial court based the sentence it imposed, in part, on the results of a polygraph examination and (2) that he was denied his right to a fair trial based on a police officer's testimony that the defendant was initially identified by the victim when she was shown his "mug shot" and that the defendant had been arrested for prior, unrelated crimes.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2015



s0720

Clerk